Yvette C. Sterling, CA SBN 155935
Barbara E. Ransom, PA SBN 64166
STERLING LAW FIRM
400 HIGH STREET, SUITE A
BURLINGTON CITY, NJ 08016
TEL. (215) 620-2557; FAX (609) 526-2331

Marianne Malveaux, CA SBN 225657
P.O. BOX 21144
EL SOBRANTE, CA 94820
TEL. (510) 224-4783; FAX (510) 275-0302
Attorneys for Plaintiff

# FEDERAL DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYED MOHSIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**CALIFORNIA DEPARTMENT OF WATER RESOURCES, DAVID GUTIERREZ** in his personal and official capacity as Chief of Division of Safety of Dams, **MICHAEL WAGGONER**, in his personal and official capacity as Chief o the Engineering Section, and DOES 1-10,<br><br>　　　　　Defendants. | **CASE NO. 2:13-cv-01236-TLN-EFB**<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF HEARING DATE AND BRIEFING FOR MOTION TO DISMISS**<br><br>Judge:　　Hon. Troy L. Nunley<br>Action Filed:　June 20, 2013 |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that any hearing on the motion to dismiss and the briefing schedule shall be continued.

　　　The parties believe good cause exists for the continuance.   Plaintiff served his complaint on July 19, 2013.  Plaintiff, by his Counsel, joined Defendants in stipulating to an extension for Defendants to file their response.  Defendants filed a Motion to Dismiss pursuant to Fed. R. Civ.

STIPULATION AND ORDER FOR CONTINUANCE OF HEARING DATE AND BRIEFING FOR MOTION TO DISMISS

Pro. 12(b)(1) and (6), set to be heard on October 3, 2013. The motion raises several issues that require extensive briefing and research.

Therefore, the parties stipulate and request that this Court approve the stipulation and continue any hearing on the motion to October 17, 2013 and the Response and Reply briefing schedule to October 3 and 10, 2013 respectively.

Sincerely,

Sterling Law Firm

Dated: September 16, 2013

   */Barbara E. Ransom*
BARBARA E. RANSOM
YVETTE C. STERLING
   *Attorneys for Plaintiff*

Office of the Attorney General

*/s/ Amy B. Lindsey-Doyle*

Dated: September 16, 2013

AMY LINDSEY-DOYLE
Deputy Attorney General
*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

Dated: September 23, 2013

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER FOR CONTINUANCE OF HEARING DATE AND BRIEFING FOR MOTION TO DISMISS