1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  SUSAN E. SLAGER, State Bar No. 162942
   Supervising Deputy Attorney General
3  AMY LINDSEY-DOYLE, State Bar No. 242205
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 322-0260
6    Fax: (916) 324-5567
     E-mail: Amy.LindseyDoyle@doj.ca.gov
7  *Attorneys for Defendants*
   *Department of Water Resources,*
8  *David Gutierrez, Michael Waggoner*

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SYED MOHSIN,** | 2:13-cv-01236-TLN-EFB |
| Plaintiff, | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |
| v. | |
| **CALIFORNIA DEPARTMENT OF WATER RESOURCES, DAVID GUTIERREZ, MICHAEL WAGGONER,** | |
| Defendants. | |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

The parties anticipate that this process will be completed by January 31, 2014, subject to the assigned Neutral's availability. Pursuant to Local Rule 271, the parties agree to abide by the time limits established therein.

//

//

//

1

1
2   DATED: ___11/15/13_____

3                                                  _____
                                                   Barbara Ransom
                                                   Attorney for Plaintiff Syed Mohsin
4

5   DATED: _____         */s/ Amy B. Lindsey-Doyle*_____
                                                   Amy B. Lindsey-Doyle
6                                                  Attorney for Defendants
                                                   Department of Water Resources
7                                                  David Gutierrez, Michael Waggoner

8   **IT IS SO ORDERED.**

9
    Dated: November 22, 2013
10

11

12

13  _____
    Troy L. Nunley
14  United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                       2
    STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE
    RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 (2:13-cv-01236-TLN-EFB)