KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SUSAN E. SLAGER, State Bar No. 162942
Supervising Deputy Attorney General
AMY LINDSEY-DOYLE, State Bar No. 242205
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 322-0260
 Fax:  (916) 324-5567
 E-mail:  Amy.LindseyDoyle@doj.ca.gov
*Attorneys for Defendants*
*Department of Water Resources,*
*David Gutierrez, Michael Waggoner*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SYED MOHSIN,** | 2:13-cv-01236-TLN-EFB |
| Plaintiff, | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |
| v. | |
| **CALIFORNIA DEPARTMENT OF WATER RESOURCES, DAVID GUTIERREZ, MICHAEL WAGGONER,** | |
| Defendants. | |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

The parties anticipate that this process will be completed by January 31, 2014, subject to the assigned Neutral's availability.  Pursuant to Local Rule 271, the parties agree to abide by the time limits established therein.

//

//

//

1

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE
RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 (2:13-cv-01236-TLN-EFB)

DATED: ___11/15/13_____

Barbara Ransom
Attorney for Plaintiff Syed Mohsin

DATED: _____

*/s/ Amy B. Lindsey-Doyle*_____
Amy B. Lindsey-Doyle
Attorney for Defendants
Department of Water Resources
David Gutierrez, Michael Waggoner

**IT IS SO ORDERED.**

Dated: November 22, 2013

_____
Troy L. Nunley
United States District Judge

2