UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYED MOHSIN,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF WATER RESOURCES, DAVID GUTIERREZ, MICHAEL WAGGONER,<br><br>Defendant. | No. 2:13-cv-01236-TLN-EFB<br><br>**ORDER AMENDING THIS COURT'S ORDER ON DEFENDANTS' MOTION TO DISMISS (ECF No. 26)** |

The Court hereby amends its October 1, 2014 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss. (ECF No. 26.) Page 16, line 17 of the Order is hereby amended to read, "2. COUNT II is DISMISSED with leave to amend;" consistent with page 7, line 1–2 of the Order.

IT IS SO ORDERED.

Dated: November 4, 2014

Troy L. Nunley
United States District Judge

1