# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYED MOHSIN,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF<br>WATER RESOURCES, et al.,<br><br>    Defendants. | No. 2:13-cv-1236-TLN-EFB<br><br><br>ORDER |

On October 31, 2017, plaintiff filed a motion to amend responses to requests for admissions. ECF No. 61. Plaintiff noticed his motion for hearing on November 22, 2017. *Id*.

The assigned district judge previously issued a pretrial scheduling order, which provides that all discovery shall be completed by September 29, 2017. ECF No. 46 at 2. That deadline was later extended to November 13, 2017. ECF No. 50. The scheduling order states that "'completed' means that all discovery shall have been conduct so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed." ECF No. 46 at 2.

Thus, plaintiff's motion, which is noticed for hearing after the close of discovery, is untimely under the court's scheduling order. Further, any request to modify the scheduling order must be presented to and approved by the district judge and be supported by a showing of good cause. *See* Fed. R. Civ. P. 16(b)(4).

Accordingly, plaintiff's motion to amend responses to requests for admissions (ECF No. 61) is denied without prejudice and the November 22, 2017 hearing thereon is vacated.

So Ordered

DATED: November 2, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE