# FEDERAL DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYED MOHSIN, | 2:13-cv-01236-TLN-EFB |
| Plaintiff, | |
| v. | |
| | **ORDER GRANTING PLAINTIFF'S** |
| CALIFORNIA DEPARTMENT OF | **MOTION TO AMEND THE SCHEDULING** |
| WATER RESOURCES, and DAVID | **ORDER** |
| GUTIERREZ in his official capacity as | |
| Chief of Division of Safety of Dams, , | |
| Defendants. | |

This matter came before the Court on Plaintiff Mohsin's Motion to Amend the Scheduling Order (ECF No. 69). Upon considering the Motion, Notice of Motion, the Affidavit of Yvette Sterling, the Memorandum of Points and Authorities, any Opposition, and other evidence on file in this matter, it appears to the satisfaction of the Court that good cause appearing, the Motion to Amend the Scheduling order is hereby GRANTED.

IT IS FURTHER ORDERED that the scheduling order shall be amended as follows:

| Event | Date |
|---:|---:|
| Fact Discovery Cut-Off Date | January 15, 2018 |
| Expert Disclosures and Reports | January 31, 2018 |
| Rebuttal Expert Disclosures | February 15, 2018 |
| Dispositive Motion Hearing Cut-Off | May 31, 2018 |
| Final Pre-Trial Conference | August 23, 2018 |
| Joint Pretrial Statement | August 16, 2018 |
| Trial | October 29, 2018 |

IT IS FURTHER ORDERED that Plaintiff's Motion to Shorten Time (ECF No. 70) is hereby DENIED as MOOT.

Dated: November 15, 2017

Troy L. Nunley
United States District Judge