UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYED MOHSIN,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF WATER RESOURCES, and DAVID GUTIERREZ, in his official capacity as Chief of Division of Safety of Dams,<br><br>        Defendants. | No. 2:13-cv-01236-TLN-EFB<br><br>**ORDER** |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT Plaintiff's Counsel may file the following documents under seal:

    1.    Ransom Declaration containing attorney client protected information;

    2.    Attorney Fee Agreement between Plaintiff and Counsel;

    3.    Plaintiff's Medical Record;

    4.    Correspondence Relating to Settlement Agreements; and,

    5.    Correspondence between Counsel and Client that contains protected information.

///

///

///

1

IT IS SO ORDERED.

Dated: January 2, 2018

Troy L. Nunley
United States District Judge