UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYED MOHSIN,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF WATER RESOURCES, and DAVID GUTIERREZ in his official capacity as Chief of Division of Safety of Dams,<br><br>    Defendants. | No. 2:13-cv-01236-TLN-EFB<br><br>**ORDER FOR MISCELLANEOUS RELIEF GRANTING PLAINTIFF'S COUNSEL'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

    Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's Counsel may file the following documents under seal:

    1. Declaration of Marianne Malveaux, Under Seal, In Support of Notice and Request for Reconsideration by the District Court of Magistrate Judge's 01/08/2018 Ruling Denying Plaintiff's Motion to Amend Responses to Request for Admissions (ECF No. 92) and Request for In Camera Review.

IT IS SO ORDERED.

Dated: 2/12/2018

Troy L. Nunley
United States District Judge

1